# UNITED STATES DISTRICT COURT
## for the
### District of South Carolina

|  |  |
|---|---|
| Franklin Daniel Rowell | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of the Social Security | ) |
| Administration | ) |
| *Defendant* | ) |

Civil Action No.: 5:18-1014-KDW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is affirmed.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Kaymani D. West United States Magistrate Judge.

Date:   August 6, 2019

ROBIN L. BLUME
*CLERK OF COURT*

s/Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*